# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kocoras, Charles P. | U.S. District Court, Northern District of Illinois | 08/18/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge - Senior Status | ☐ Nomination ☐ Date ☐ Initial ☐ Annual ☐ Final  5b. ☒ Amended Report | 01/01/2019 to 12/31/2019 |

**7. Chambers or Office Address**

219 South Dearborn Street
Chambers 2560
Chicago, IL 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kocoras, Charles P. | 08/18/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | Law Bulletin Publishing Co. Book Royalties | $45.38 |
| 2. | 2019 | Chicago's Neighborhoods, Inc. Book Royalties | $11,453.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kocoras, Charles P. | 08/18/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Corboy & Demetrio PC | Hosted a Book Signing for a Book I Authored | $2,500 |
| 2. Winston & Strawn LLP | Hosted a Book Signing for a Book I Authored | $1,500 |
| 3. DePaul College of Law | Hosted a Book Signing for a Book I Authored | $250 |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kocoras, Charles P. | 08/18/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America - Checking | | None | K | T | | | | | |
| 2. Bank of America - Savings | A | Interest | L | T | | | | | |
| 3. Merrill Lynch account: | | | | | | | | | |
| 4. Merrill Lynch Bank Money Market Account | A | Interest | K | T | | | | | |
| 5. Abbvie Inc SHS | A | Dividend | | | Sold | 01/11/19 | J | | |
| 6. Abbvie Inc SHS | A | Dividend | | | Sold | 01/11/19 | J | | |
| 7. Abbvie Inc SHS | A | Dividend | | | Sold | 01/11/19 | J | | |
| 8. Air Products & Chemicals | A | Dividend | | | Sold | 01/11/19 | J | | |
| 9. Air Products & Chemicals | A | Dividend | | | Sold | 01/11/19 | J | | |
| 10. Air Products & Chemicals | A | Dividend | | | Buy | 05/02/19 | J | | |
| 11. Astrazeneca PLC SPND ADR | A | Dividend | | | Buy | 03/05/19 | J | | |
| 12. Astrazeneca PLC SPND ADR | A | Dividend | J | T | | | | | |
| 13. Astrazeneca PLC SPND ADR | A | Dividend | J | T | | | | | |
| 14. AT&T | A | Dividend | | | Buy | 01/11/19 | J | | |
| 15. AT&T | A | Dividend | | | Buy | 03/05/19 | J | | |
| 16. AT&T | A | Dividend | | | Buy | 05/02/19 | J | | |
| 17. AT&T | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kocoras, Charles P. | 08/18/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. AT&T | A | Dividend | J | T | | | | | |
| 19. AT&T | A | Dividend | J | T | | | | | |
| 20. AT&T | A | Dividend | J | T | | | | | |
| 21. American Electric Power Co. | A | Dividend | | | Buy | 01/11/19 | J | | |
| 22. American Electric Power Co. | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 23. American Electric Power Co. | A | Dividend | J | T | Buy | 03/22/19 | J | | |
| 24. American Electric Power Co. | A | Dividend | J | T | Buy | 05/02/19 | J | | |
| 25. American Electric Power Co. | A | Dividend | J | T | | | | | |
| 26. American Electric Power Co. | A | Dividend | J | T | | | | | |
| 27. AMGEN Inc COM | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 28. AMGEN Inc COM | A | Dividend | J | T | Buy | 05/02/19 | J | | |
| 29. AMGEN Inc COM | A | Dividend | J | T | | | | | |
| 30. AMGEN Inc COM | A | Dividend | J | T | | | | | |
| 31. BB&T Corp | A | Dividend | | | Sold | 01/11/19 | J | | |
| 32. BB&T Corp | A | Dividend | | | Sold | 01/11/19 | J | | |
| 33. BB&T Corp | A | Dividend | | | Sold | 01/11/19 | J | | |
| 34. BB&T Corp | A | Dividend | | | Sold | 01/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kocoras, Charles P. | 08/18/2020 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  BB&T Corp | A | Dividend | | | Sold | 01/11/19 | J | | |
| 36.  Boeing Co. | A | Dividend | | | Sold | 03/22/19 | J | A | |
| 37.  Boeing Co. | A | Dividend | | | Sold | 03/22/19 | J | A | |
| 38.  Boeing Co. | A | Dividend | | | Buy | 03/05/19 | J | | |
| 39. | | | | | Sold | 03/22/19 | J | | |
| 40.  Broadcom LTD | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 41.  Broadcom LTD | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 42.  Broadcom LTD | A | Dividend | J | T | Buy | 05/02/19 | J | | |
| 43.  Carnival Corp Paired SHS S | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 44.  Carnival Corp Paired SHS S | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 45.  Carnival Corp Paired SHS S | A | Dividend | J | T | Buy | 05/02/19 | J | | |
| 46.  Carnival Corp Paired SHS S | A | Dividend | J | T | | | | | |
| 47.  Carnival Corp Paired SHS S | A | Dividend | J | T | | | | | |
| 48.  Carnival Corp Paired SHS S | A | Dividend | J | T | | | | | |
| 49.  Carnival Corp Paired SHS S | A | Dividend | J | T | | | | | |
| 50.  Carnival Corp Paired SHS S | A | Dividend | J | T | | | | | |
| 51.  Chevron Corp | A | Dividend | J | T | Buy | 01/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kocoras, Charles P. | 08/18/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Chevron Corp | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 53. Chevron Corp | A | Dividend | J | T | | | | | |
| 54. CME Group Inc | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 55. | | | | | Sold | 05/02/19 | J | | |
| 56. CME Group Inc | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 57. CME Group Inc | A | Dividend | | | Sold | 05/02/19 | J | A | |
| 58. CME Group Inc | A | Dividend | | | Sold | 05/02/19 | J | A | |
| 59. CME Group Inc | A | Dividend | | | Sold | 05/02/19 | J | A | |
| 60. CME Group Inc | A | Dividend | | | Sold | 05/02/19 | J | A | |
| 61. Chubb LTD | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 62. Chubb LTD | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 63. Chubb LTD | A | Dividend | J | T | Buy | 05/02/19 | J | | |
| 64. Chubb LTD | A | Dividend | J | T | | | | | |
| 65. Cisco Systems Inc COM | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 66. Cisco Systems Inc COM | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 67. Cisco Systems Inc COM | A | Dividend | J | T | Buy | 05/02/19 | J | | |
| 68. Cisco Systems Inc COM | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kocoras, Charles P. | 08/18/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Cisco Systems Inc COM | A | Dividend | J | T | | | | | |
| 70. Cisco Systems Inc COM | A | Dividend | J | T | | | | | |
| 71. Cisco Systems Inc COM | A | Dividend | J | T | | | | | |
| 72. Cisco Systems Inc COM | A | Dividend | J | T | | | | | |
| 73. Citigroup Inc COM | A | Dividend | J | T | Buy | 01/16/19 | J | | |
| 74. Citigroup Inc COM | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 75. Citigroup Inc COM | A | Dividend | J | T | Buy | 05/02/19 | J | | |
| 76. Coca Cola Co. COM | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 77. Coca Cola Co. COM | A | Dividend | J | T | Buy | 05/02/19 | J | | |
| 78. Coca Cola Co. COM | A | Dividend | | | Sold | 01/11/19 | J | A | |
| 79. Coca Cola Co. COM | A | Dividend | J | T | | | | | |
| 80. Coca Cola Co. COM | A | Dividend | J | T | | | | | |
| 81. Coca Cola Co. COM | A | Dividend | J | T | | | | | |
| 82. Coca Cola Co. COM | A | Dividend | J | T | | | | | |
| 83. Coca Cola Co. COM | A | Dividend | J | T | | | | | |
| 84. Coca Cola Co. COM | A | Dividend | J | T | | | | | |
| 85. Coca Cola Co. COM | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,0000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Kocoras, Charles P. | 08/18/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Crown Castle Reit Inc | A | Dividend | J | T | | | | | |
| 87. Crown Castle Reit Inc | A | Dividend | J | T | | | | | |
| 88. Crown Castle Reit Inc | A | Dividend | J | T | | | | | |
| 89. Crown Castle Reit Inc | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 90. Crown Castle Reit Inc | A | Dividend | J | T | Buy | 05/02/19 | J | | |
| 91. Crown Castle Reit Inc | A | Dividend | | | Sold | 01/11/19 | J | | |
| 92. Digital Rlty Tr Inc | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 93. Digital Rlty Tr Inc | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 94. Digital Rlty Tr Inc | A | Dividend | J | T | Buy | 05/02/19 | J | | |
| 95. Digital Rlty Tr Inc | A | Dividend | J | T | | | | | |
| 96. Digital Rlty Tr Inc | A | Dividend | J | T | | | | | |
| 97. Digital Rlty Tr Inc | A | Dividend | J | T | | | | | |
| 98. Duke Energy Corp NEW | A | Dividend | J | T | | | | | |
| 99. Duke Energy Corp NEW | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 100. Duke Energy Corp NEW | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 101. Duke Energy Corp NEW | A | Dividend | J | T | Buy | 05/02/19 | J | | |
| 102. Emerson Elec. Co. | A | Dividend | | | Sold | 01/11/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kocoras, Charles P. | 08/18/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Emerson Elec. Co. | A | Dividend | | | Sold | 01/11/19 | J | | |
| 104.  Emerson Elec. Co. | A | Dividend | | | Sold | 01/11/19 | J | | |
| 105.  Emerson Elec. Co. | A | Dividend | | | Sold | 01/11/19 | J | | |
| 106.  Exxon Mobil Corp COM | A | Dividend | J | T | | | | | |
| 107.  Exxon Mobil Corp COM | A | Dividend | J | T | | | | | |
| 108.  Exxon Mobil Corp COM | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 109.  Exxon Mobil Corp COM | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 110.  Exxon Mobil Corp COM | A | Dividend | J | T | Buy | 05/02/19 | J | | |
| 111.  Exelon Corp | A | Dividend | J | T | | | | | |
| 112.  Exelon Corp. | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 113.  Exelon Corp. | A | Dividend | | | Buy | 05/02/19 | J | | |
| 114.  Exelon Corp. | A | Dividend | | | Sold | 01/11/19 | J | | |
| 115.  The Goldman Sachs Group | A | Dividend | K | T | | | | | |
| 116.  The Goldman Sachs Group | A | Dividend | J | T | | | | | |
| 117.  Johnson and Johnson COM | A | Dividend | J | T | | | | | |
| 118.  Johnson and Johnson COM | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 119.  Johnson and Johnson COM | A | Dividend | J | T | Buy | 03/05/19 | J | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kocoras, Charles P. | 08/18/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Johnson and Johnson COM | A | Dividend | J | T | Buy | 05/02/19 | J | | |
| 121.  JP Morgan Chase & Co. | A | Dividend | J | T | | | | | |
| 122.  JP Morgan Chase & Co. | A | Dividend | J | T | | | | | |
| 123.  JP Morgan Chase & Co. | A | Dividend | J | T | | | | | |
| 124.  JP Morgan Chase & Co. | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 125.  JP Morgan Chase & Co. | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 126.  JP Morgan Chase & Co. | A | Dividend | J | T | Buy | 05/02/19 | J | | |
| 127.  Lockheed Martin Corp | A | Dividend | J | T | | | | | |
| 128.  Lockheed Martin Corp | A | Dividend | J | T | | | | | |
| 129.  Lockheed Martin Corp | A | Dividend | J | T | | | | | |
| 130.  Lockheed Martin Corp | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 131.  Lockheed Martin Corp | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 132.  Lockheed Martin Corp | A | Dividend | J | T | Buy | 05/02/19 | J | | |
| 133.  McDonalds Corp COM | A | Dividend | J | T | | | | | |
| 134.  McDonalds Corp COM | A | Dividend | J | T | | | | | |
| 135.  McDonalds Corp COM | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 136.  McDonalds Corp COM | A | Dividend | J | T | Buy | 05/02/19 | J | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kocoras, Charles P. | 08/18/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  Merck and Co. Inc SHS | A | Dividend | | | Buy | 01/11/19 | J | | |
| 138.  Merck and Co. Inc SHS | A | Dividend | | | Buy | 03/05/19 | J | | |
| 139.  Merck and Co. Inc SHS | A | Dividend | | | Buy | 05/02/19 | J | | |
| 140.  Merck and Co. Inc SHS | A | Dividend | J | T | | | | | |
| 141.  Merck and Co. Inc SHS | A | Dividend | J | T | | | | | |
| 142.  Merck and Co. Inc SHS | A | Dividend | J | T | | | | | |
| 143.  Microsoft Corp | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 144.  Microsoft Corp | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 145.  Microsoft Corp | A | Dividend | J | T | Buy | 05/02/19 | J | | |
| 146.  Pepsico Inc. | A | Dividend | | | Sold | 01/11/19 | J | | |
| 147.  Pepsico Inc. | A | Dividend | J | T | | | | | |
| 148.  Pepsico Inc. | A | Dividend | | | Buy | 03/05/19 | J | | |
| 149.  Pepsico Inc. | A | Dividend | | | Buy | 05/02/19 | J | | |
| 150.  Pfizer Inc | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 151.  Pfizer Inc | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 152.  Pfizer Inc | A | Dividend | J | T | Buy | 05/02/19 | J | | |
| 153.  Pfizer Inc | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kocoras, Charles P. | 08/18/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Pfizer Inc | A | Dividend | J | T | | | | | |
| 155.  Royal Bank Canada PV$1 | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 156.  Royal Bank Canada PV$1 | A | Dividend | J | T | Buy | 03/22/19 | J | | |
| 157.  Royal Bank Canada PV$1 | A | Dividend | J | T | Buy | 05/02/19 | J | | |
| 158.  Royal Dutch Shel PLC | A | Dividend | J | T | | | | | |
| 159.  Royal Dutch Shel PLC | A | Dividend | J | T | | | | | |
| 160.  Royal Dutch Shel PLC | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 161.  Simon Property Group DEL | A | Dividend | J | T | | | | | |
| 162.  Simon Property Group DEL | A | Dividend | J | T | | | | | |
| 163.  Simon Property Group DEL | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 164.  Simon Property Group DEL | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 165.  Simon Property Group DEL | A | Dividend | J | T | Buy | 05/02/19 | J | | |
| 166.  Spectra Energy Corp SEP | A | Dividend | J | T | | | | | |
| 167.  Sysco Corp | A | Dividend | | | Sold | 01/11/19 | J | | |
| 168.  Sysco Corp | A | Dividend | | | Sold | 05/02/19 | J | | |
| 169.  Sysco Corp | A | Dividend | | | Sold | 05/02/19 | J | | |
| 170.  Target Corp COM | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kocoras, Charles P. | 08/18/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  Target Corp COM | A | Dividend | J | T | | | | | |
| 172.  Target Corp COM | A | Dividend | J | T | | | | | |
| 173.  Target Corp COM | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 174.  Target Corp COM | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 175.  Target Corp COM | A | Dividend | J | T | Buy | 05/02/19 | J | | |
| 176.  Toronto Dominion Bank | A | Dividend | J | T | | | | | |
| 177.  Toronto Dominion Bank | A | Dividend | J | T | | | | | |
| 178.  Toronto Dominion Bank | A | Dividend | J | T | | | | | |
| 179.  Toronto Dominion Bank | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 180.  Toronto Dominion Bank | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 181.  Toronto Dominion Bank | A | Dividend | J | T | Buy | 05/02/19 | J | | |
| 182.  United Techs Corp COM | A | Dividend | J | T | | | | | |
| 183.  United Techs Corp COM | A | Dividend | J | T | | | | | |
| 184.  United Techs Corp COM | A | Dividend | J | T | | | | | |
| 185.  United Techs Corp COM | A | Dividend | J | T | | | | | |
| 186.  United Techs Corp COM | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 187.  United Techs Corp COM | A | Dividend | J | T | Buy | 03/05/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kocoras, Charles P. | 08/18/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  United Techs Corp COM | A | Dividend | J | T | Buy | 05/02/19 | J | | |
| 189.  Verizon Communications COM | A | Dividend | J | T | | | | | |
| 190.  Verizon Communications COM | A | Dividend | J | T | | | | | |
| 191.  Verizon Communications COM | A | Dividend | J | T | | | | | |
| 192.  Verizon Communications COM | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 193.  Verizon Communications COM | A | Dividend | J | T | Buy | 05/02/19 | J | | |
| 194.  Wells Fargo Co. | A | Dividend | K | T | | | | | |
| 195.  Wells Fargo Co. | A | Dividend | J | T | | | | | |
| 196.  Wells Fargo & Co. NEW DEL | A | Dividend | | | Sold | 01/11/19 | J | | |
| 197.  Walmart Inc | A | Dividend | J | T | | | | | |
| 198.  Walmart Inc | A | Dividend | J | T | Buy | 01/11/19 | J | | |
| 199.  Walmart Inc | A | Dividend | J | T | Buy | 03/05/19 | J | | |
| 200.  Walmart Inc | A | Dividend | J | T | Buy | 05/02/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kocoras, Charles P. | 08/18/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles P. Kocoras**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544